

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| MICHAEL WINTERS, | ) | |
| | ) | 4:23-cr-00433-SEP-SRW |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about December 1, 2022, and on or about January 1, 2023, in the Eastern District of Missouri, and elsewhere, the defendant, Michael Winters, knowingly transmitted in interstate or foreign commerce a communication containing a threat to injure persons, "T.K." and "C.S."

In violation of Title 18 United States Code 875(c).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney


_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney